# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI

In          Charles Friedhoff                    )
Re:         Debtor/Employee                      ) Case No.:  **10–52908**
            xxx–xx–9170                           ) Chapter: 13
                                                  )

To Employer:   Persimmon Woods Golf
               Attn. Payroll Department
               4601 Weldon Springs Road
               Weldon Springs, MO 63104

Deduction:     $152.31a pay period

## ORDER TO EMPLOYER TO DEDUCT AND REMIT A PORTION OF DEBTOR'S EARNINGS FOR THE VOLUNTARY PAYMENT OF DEBTS

This is an ORDER of the United States Bankruptcy Court, NOT a garnishment. **It supersedes any previous order of this Court issued with respect to the Debtor/Employee's wages.**

The above–named Debtor/Employee has voluntarily filed a petition and plan under Chapter 13 of the United States Bankruptcy Code seeking to pay certain debts under the protection of this Court. These debts are to be paid by the Chapter 13 Trustee from the Debtor/Employee's future earnings. Debtor/Employee has requested an Order to have his/her future earnings withheld and paid to the Chapter 13 Trustee. This Court is empowered under Title 11 Section 1325(c) of the United States Code to direct any entity from which the Debtor/Employee receives income to pay all or any part of such income to the Trustee. Accordingly, it is hereby

ORDERED that:

Until further order of the Court, you are directed to immediately begin withholding the above stated amount from the wages, salary, commission, and all other earnings or income of Debtor/Employee and remit same promptly to the Chapter 13 Trustee no less frequently than once each month. (Make check payable to "John V. LaBarge, Jr., Chapter 13 Trustee" at the address shown below).

## MAIL ALL REMITTANCES WITH CASE NAME AND NUMBER TO:

John V. LaBarge Jr
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

*Kathy A. Surratt-States*

**U. S. Bankruptcy Judge**

Date: January 11, 2011

Copies to:
Debtor, Debtor's attorney, Employer, Chapter 13 Trustee
Rev. 2/05